| | Duane Morris® | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | SARAH FEHM STEWART | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: 973.424.2061 | NEWARK |
| SAN DIEGO | PERSONAL FAX: 973.556.1464 | LAS VEGAS |
| LOS ANGELES | E-MAIL: sfstewart@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

April 10, 2023

<u>VIA ECF</u>

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   *Verizon Employee Benefits Committee v. Edgar A. Irizarry, et al.,*
>   Civil Action No. 3:23-cv-01708-MAS-DEA (D.N.J.)
>
>   **STATUS REPORT AS TO SERVICE**

Dear Judge Shipp and Judge Arpert:

We represent Plaintiff Verizon Employee Benefits Committee ("Verizon") in the above referenced action. We write to update the Court on the status of service.

All parties have been served with all papers in this action. Specifically, the Summons, Complaint, with Exhibits, Civil Cover Sheet, Corporate Disclosure Statement, Motion for a Temporary Restraining Order, Brief in Support of Motion, Declaration of Kevin Cammarata, and Docket Sheet were served on all parties as follows:

- On Edgar Irizarry on April 3, 2023;
- On Sara Irizarry on April 1, 2023; and
- On Morgan Stanley & Co. LLC on March 30, 2023.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                                    GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                                          PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM3\9571009.1

DuaneMorris

Honorable Michael A. Shipp, U.S.D.J.
Honorable Douglas E. Arpert, U.S.M.J.
April 10, 2023
Page 2

    Copies of the Affidavits of Service have now been filed on the docket, and are enclosed herewith.

    We thank Your Honors for your time and attention to this matter.

                                  Respectfully,

                                */s/ Sarah Fehm Stewart*

                                Sarah Fehm Stewart

SFS
Enclosures

cc:    Edgar Irizarry (via first class mail)
        Sara Irizarry (via first class mail)
        Morgan Stanley & Co. LLC (via first class mail)



**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
VERIZON EMPLOYEE BENEFITS COMMITTEE,

    Plaintiff,

    v.

EDGAR A. IRIZARRY, et al,

    Defendants.
-------------------------------------------------------------------X

Civil Action No. 3:23-CV-01708-MAS-DEA

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         S.S.
COUNTY OF NEW YORK)

        **ROBERT MILLS**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 30th day of March, 2023, at approximately the time of 3:10pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CORPORATE DISCLOSURE STATEMENT, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, CIVIL COVER SHEET, and CIVIL DOCKET SHEET** upon **MORGAN STANLEY & CO, LLC** c/o CT Corporation at 28 Liberty Street, New York, NY 10005, by personally delivering and leaving the same with by personally delivering and leaving the same with **VINCENZA CIPRIANO,** who informed deponent that she holds the position of an Intake Specialist with that company and is authorized by appointment to receive service at that address.

        **VINCENZA CIPRIANO** is a tan Hispanic female, approximately 56 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 125 pounds with black hair, dark eyes, and was wearing glasses.

*/s/ Robert Mills*
ROBERT MILLS, #1004298

Sworn to before me this
5th day of April, 2023

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public-State of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 01, 2026

# 288332

D.L.S., inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
VERIZON EMPLOYEE BENEFITS
COMMITTEE,

        Plaintiff,                  Case No. 3:23-CV-01708-MAS-DEA

    -against-                           AFFIDAVIT OF SERVICE

EDGAR A. IRIZARRY, ET AL.,

        Defendants.
---------------------------------------------------------X
STATE OF NEW JERSEY  )
                       S.S.
COUNTY OF MORRIS    )

        SAID ALI, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 1 day of April, 2023, at approximately the time of 8:10 am, deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND DOCKET SHEET** upon **SARA IRIZARRY** at 275 Friendship Road, Cranbury, NJ 08512, by personally delivering and leaving the same with **DEMPSTER MARSHALL**, Member of Household, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked **DEMPSTER MARSHALL** if **SARA IRIZARRY** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **DEMPSTER MARSHALL** is a tan Hispanic male, approximately 38 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 160 pounds with gray hair.

_/s/ Said Ali_
**SAID ALI**

Sworn to before me this
_5_ day of April, 2023

_/s/ Melissa Giambattista_
NOTARY PUBLIC
MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

# 288323

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
VERIZON EMPLOYEE BENEFITS
COMMITTEE,

        Plaintiff,

        -against-

EDGAR A. IRIZARRY, ET AL.,

        Defendants.
-----------------------------------------------------------X

Case No. 3:23-CV-01708-MAS-DEA

AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY )
                      S.S.
COUNTY OF MORRIS )

        **ROBERT SCHIEK**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 3 day of April, 2023, at approximately the time of 5:55 pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, CORPORATE DISCLOSURE STATEMENT, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND DOCKET SHEET** upon **EDGAR A. IRIZARRY** at 13 Schaeffer Lane, Freehold, NJ 07728, by personally delivering and leaving the same with **KRYSTINA COLON**, Member of Household, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked **KRYSTINA COLON** if **EDGAR A. IRIZARRY** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **KRYSTINA COLON** is a white female, approximately 24 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 140 pounds with brown hair.

_____
ROBERT SCHIEK

Sworn to before me this
___ day of April, 2023

_____
NOTARY PUBLIC

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

# 288324

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com