IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR A. IRIZARRY, SARA IRIZARRY, and MORGAN STANLEY & CO. LLC,<br><br>Defendants. | Civil Action No. 3-23-CV-1708-MAS-DEA |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MORGAN STANLEY & CO. LLC

Based on representations from in-house counsel for Morgan Stanley & Co. LLC ("Morgan Stanley") that the Edgar Irizarry IRA Account previously held by Defendant Edgar Irizarry with Morgan Stanley was closed in 2014, pursuant to Fed. R. Civ. P. 41(a), Plaintiff Verizon Employee Benefits Committee hereby serves this Notice of Dismissal Without Prejudice, dismissing any claims asserted against Morgan Stanley and dismissing Morgan Stanley as a defendant in this action, with each party bearing its own costs and fees.

/s/ Sarah Fehm Stewart
Sarah Fehm Stewart, Esq.
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102
(973) 424-2061

**So Ordered this 19th day of April, 2023.**

*Honorable Michael A. Shipp, U.S.D.J.*

*Attorneys for Plaintiff Verizon Employee Benefits Committee*

Dated: April 19, 2023

DM3\9596544.2