# UNITED STATES DISTRICT COURT
for the
District of New Jersey

VERIZON EMPLOYEE BENEFITS COMMITTEE, )
*Plaintiff* )
v. ) Case No. 23-1708
EDGAR A. IRIZARRY, and SARA IRIZARRY, )
*Defendants* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Sara Irizarry.

Date: May 6, 2023

s/Christopher Wm. Dagg
*Attorney's signature*

Christopher Wm. Dagg
*Printed name and bar number*

BROOKLYN LEGAL SERVICES
105 Court Street, 4th Floor
Brooklyn, New York 11201
*Address*

cdagg@lsnyc.org
*E-mail address*

(718) 237-5543
*Telephone number*

(718) 237-5543
*FAX number*